IN THE

## Supreme Court of the State of Georgia,

### AT ATLANTA,

## JANUARY TERM, 1873.

PRESENT—HIRAM WARNER, CHIEF JUSTICE.
H. K. McCAY,
W. W. MONTGOMERY, } JUDGES.
ROBERT P. TRIPPE, *

---

E. N. CHASTAIN, plaintiff in error, *vs.* JACOB SMITH *et al.,*
defendants in error.

The record or bill of exceptions must disclose the fact that the brief of
evidence accompanying the motion for a new trial was approved by the
Court, or agreed upon by the parties or their counsel. (R.)

New trial. Brief of evidence. Practice in the Supreme
Court. Before the Supreme Court. January Term, 1873.

When this case was called a motion was made by counsel
for defendants to dismiss the writ of error, on the ground that
there was no evidence of the fact in the record that the brief
of evidence on the motion for a new trial had been approved
by the Court or agreed upon by the parties. Counsel for
plaintiff in error refusing to make the necessary affidavit,

---

*Judge TRIPPE was appointed to succeed Judge MONTGOMERY on February 17th,
1873. He qualified and commenced his judicial duties on the 19th of the same
month.

upon a suggestion of a dimunition of the record, the writ of error was dismissed.

GEORGE D. RICE; J. A. JERVIS, for the motion.

WIER BOYD; H. P. BELL, *contra.*